NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

11-169

STATE OF LOUISIANA

VERSUS

LIONEL PAUL DUGAS

**********

APPEAL FROM THE
SIXTEENTH JUDICIAL DISTRICT COURT
PARISH OF IBERIA, NO. 09-2265
HONORABLE GERARD B. WATTIGNY, DISTRICT JUDGE

**********

PHYLLIS M. KEATY
JUDGE

**********

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Marc T. Amy, and Phyllis M. Keaty, Judges.

Amy, J., dissents.

MOTION TO WITHDRAW DENIED;
PROCEEDINGS STAYED.

**J. Phillip Haney**
**District Attorney**
**Walter J. Senette, Jr.**
**Assistant District Attorney**
**300 Iberia Street, Suite 200**
**New Iberia, Louisiana  70560**
**(337) 369-4420**
**Counsel for:**
  **State of Louisiana**

**G. Paul Marx**
**Louisiana Appellate Project**
**Post Office Box 82389**
**Lafayette, Louisiana  70598**
**(337) 237-2537**
**Counsel for Defendant/Appellant:**
  **Lionel Paul Dugas**

**Lionel Paul Dugas**
**In Proper Person**
**River Correctional Center**
**26362 Highway 15**
**Ferriday, Louisiana  71334**
**Defendant**

**KEATY, Judge.**

Defendant, Lionel Paul Dugas, pled guilty to unauthorized use of a motor vehicle, in violation of 14:68.4, on January 8, 2010. As part of the plea agreement, Defendant agreed to plead guilty to forgery in trial court docket number 07-1638, which is before this court in appellate docket number 11-165, and illegal possession of stolen things over $500 in trial court docket number 09-2346, which is before this court in appellate docket number 11-167. The plea agreement between the State and Defendant included a provision that Defendant was "to plead as a second felony offender on a multiple offender bill of information."

Appellate counsel has filed an *Anders* brief in this matter, as well as in appellate docket numbers 11-165 and 11-167. In appellate docket number 11-165, this court has denied appellate counsel's motion to withdraw and counsel has been ordered to file a new brief addressing several issues, including the voluntariness of Defendant's guilty plea to the habitual offender bill of information. Because of the possible impact on the case at bar, we are issuing a stay order in appellate docket number 11-169, pending receipt and review of the briefs in appellate docket number 11-165.

**MOTION TO WITHDRAW DENIED; PROCEEDINGS STAYED.**

This opinion is NOT DESIGNATED FOR PUBLICATION.
Uniform Rules—Courts of Appeal, Rule 2–16.3.

11-169

COURT OF APPEAL, THIRD CIRCUIT

STATE OF LOUISIANA

STATE OF LOUISIANA

     Plaintiff-Appellee

VERSUS

LIONEL PAUL DUGAS

     Defendant-Appellant

On Appeal from the Sixteenth Judicial District Court, Docket Number 09-2265, Parish of Iberia, State of Louisiana, Honorable Gerard B. Wattigny, Judge.

# **O R D E R**

     IT IS HEREBY ORDERED that all proceedings in the above-captioned criminal case are hereby stayed pending disposition of the appeal in *State v. Dugas,* docket number 11-165.

     THUS DONE AND SIGNED this _____ day of _____, 2011.

                        COURT OF APPPEAL, THIRD CIRCUIT

                        _____

                        Judge Ulysses Gene Thibodeaux,
                        Chief Judge

                        _____

                        Judge Phyllis M. Keaty

Amy, J., dissents